**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

March 23, 2015

Philip Delbert Fraissinet
Thompson & Horton LLP
3200 Southwest Fwy., Suite 2000
Houston, TX 77027-7528
* DELIVERED VIA E-MAIL *

Hon. Greggory A. Teeter
Thomas J. Henry Injury Attorneys
521 Starr Street
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re: Cause No. 13-14-00481-CV
Tr.Ct.No. 2013CCV-61773-4
Style: Brett William Bostian, Lynda Ann De Leon, Ryan Elizondo & Doyne Scott Elliff v. Josephine Limon

On March 5, 2015, at oral argument, this Court was informed that this matter was to be removed from the docket. To date, we have not received the motion to dismiss. Please forward same as soon as practicable.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch